IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RAYMOND MANUEL
TURNER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

     Appellant,

v.

CASE NO. 1D15-3120

STATE OF FLORIDA,

     Appellee.

_____/

Opinion filed August 22. 2016.

An appeal from the Circuit Court for Alachua County.
William E. Davis, Judge.

Nancy A. Daniels, Public Defender, and Kevin P. Steiger, Assistant Public
Defender, Apalachicola, for Appellant.

Pamela Jo Bondi, Attorney General, and Samuel Steinberg, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

B. L. THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.